IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RANDY O. GREEN                                                  PLAINTIFF

VS.                        NO. 03-CV-1171

JIMMY ATKINS, CHRIS CLARK,
AND RAILSERVE, INC.                                DEFENDANTS

**ORDER OF DISMISSAL WITH PREJUDICE**

It appearing to the Court this matter has been settled, the same is hereby dismissed with prejudice.

IT IS SO ORDERED.

This ____ day of February, 2006.

_____
THE HONORABLE HARRY F. BARNES

DATE: 2/6/06

Prepared By:

_____
JASON A. LEE     AR BIN 2002062
Huckabay, Munson, Rowlett
   & Moore, P.A.
400 West Capitol, Suite 1900
Little Rock, AR 72201
501-374-6535

*Counsel for Defendants*

DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
FEB 0 6 2006
CHRIS R. JOHNSON, CLERK